Jon R. Roellke (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 739-5754
jon.roellke@morganlewis.com

Geoffrey T. Holtz (SBN 191370)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  (415) 442-1414
geoffrey.holtz@morganlewis.com

Attorneys for Defendants Sumitomo Mitsui Banking Corporation, SMBC Capital Markets, Inc., Sumitomo Mitsui Financial Group, Inc., and Sumitomo Mitsui Banking Corporation Europe Ltd. (*n/k/a* SMBC Bank International plc)

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA MCCARTHY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>INTERCONTINENTAL EXCHANGE, INC. *et al.*,<br><br>Defendants. | Case No. 3:20-cv-05832-JD<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS SUMITOMO MITSUI FINANCIAL GROUP, INC. AND SUMITOMO MITSUI BANKING CORPORATION EUROPE LTD**<br><br>Judge:  Hon. James Donato |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:20-cv-05832-JD

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS SUMITOMO MITSUI FINANCIAL GROUP, INC. AND SUMITOMO MITSUI BANKING CORPORATION EUROPE LTD

**TO THE CLERK OF COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE of the appearance of Jon R. Roellke and Geoffrey T. Holtz of Morgan Lewis & Bockius, LLP as counsel of record for and on behalf of Defendants Sumitomo Mitsui Financial Group, Inc. ("SMFG") and Sumitomo Mitsui Banking Corporation Europe Ltd (now known as SMBC Bank International plc) ("SMBC BI").[1]

> Jon R. Roellke
> MORGAN, LEWIS & BOCKIUS LLP
> 1111 Pennsylvania Ave. NW
> Washington, DC 20004
> Telephone: (202) 739-5754
> jon.roellke@morganlewis.com
>
> Geoffrey T. Holtz (SBN 191370)
> MORGAN, LEWIS & BOCKIUS LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105
> Telephone: (415) 442-1414
> geoffrey.holtz@morganlewis.com

Mr. Roellke has been admitted *pro hac vice* by the Court in this action (ECF No. 85) and Mr. Holtz is licensed to practice law in the State of California, is a member in good standing with the California State Bar, and is admitted to practice law in the United States District Court for the Northern District of California. Counsel request that they be added to the service list as counsel of record for SMFG and SMBC BI and that they be served with copies of all pleadings and notices in the above captioned matter.[2]

---

[1] SMFG and SMBC BI expressly reserve and do not waive their rights to bring motions pursuant to Fed R. Civ. P. 12(b)(2) to challenge personal jurisdiction, and will promptly bring any such motion should the Court decline to transfer this action to the United States District Court for the Southern District of New York pursuant to the pending Motion to Transfer (ECF No. 34).

[2] Mr. Roellke and Mr. Holtz also previously entered appearances in this matter on behalf of Sumitomo Mitsui Banking Corporation ("SMBC") (ECF No. 131) and SMBC Capital Markets, Inc. ("SMBC Capital Markets") (ECF No. 42).

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:20-cv-05832-JD                1                NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS SUMITOMO MITSUI FINANCIAL GROUP, INC. AND SUMITOMO MITSUI BANKING CORPORATION EUROPE LTD

| | |
|---|---|
| Dated:   December 2, 2020 | MORGAN, LEWIS & BOCKIUS LLP |
| | By:   */s/* Geoffrey T. Holtz |
| | Geoffrey T. Holtz |
| | Attorneys for Defendants Sumitomo Mitsui Banking Corporation, SMBC Capital Markets, Inc., Sumitomo Mitsui Financial Group, Inc., and Sumitomo Mitsui Banking Corporation Europe Ltd. (n/k/a SMBC Bank International plc) |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:20-cv-05832-JD

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS SUMITOMO MITSUI FINANCIAL GROUP, INC. AND SUMITOMO MITSUI BANKING CORPORATION EUROPE LTD