Christopher M. Viapiano (*pro hac vice*)
(viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
Fax: (202) 293-6330

Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

*Counsel for Defendant Mitsubishi UFJ Financial Group, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MCCARTHY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>INTERCONTINENTAL EXCHANGE, INC., et al.,<br><br>　　　　Defendants. | Case No. 3:20-cv-05832-JD<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MITSUBISHI UFJ FINANCIAL GROUP, INC.**<br><br>Judge:  Hon. James Donato |

**TO THE CLERK OF COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE of the appearance of Christopher M. Viapiano and Sverker K. Hogberg of Sullivan & Cromwell LLP as counsel of record for and on behalf of Defendant Mitsubishi UFJ Financial Group, Inc. ("MUFG").[1]

> Christopher M. Viapiano (*pro hac vice*)
> SULLIVAN & CROMWELL LLP
> 1700 New York Avenue, N.W., Suite 700
> Washington, D.C. 20006
> Telephone:   (202) 956-7500
> Facsimile:    (202) 293-6330
>
> Sverker K. Hogberg (SBN 244640)
> SULLIVAN & CROMWELL LLP
> 1870 Embarcadero Road
> Palo Alto, California 94303
> Telephone:   (650) 461-5600
> Facsimile:    (650) 461-5700

Mr. Viapiano has been admitted *pro hac vice* by the Court in this action (ECF No. 117) and Mr. Hogberg is licensed to practice law in the State of California, is a member in good standing with the California State Bar, and is admitted to practice law in the United States District Court for the Northern District of California.  Counsel request that they be added to the service list as counsel of record for MUFG and that they be served with copies of all pleadings and notices in the above-captioned matter.

Dated:  December 3, 2020

                               /s/ Sverker K. Hogberg
                              Sverker K. Hogberg (SBN 244640)
                              SULLIVAN & CROMWELL LLP
                              1870 Embarcadero Road
                              Palo Alto, California 94303
                              Telephone:   (650) 461-5600
                              Facsimile:    (650) 461-5700

                              Christopher M. Viapiano (*pro hac vice*)
                              SULLIVAN & CROMWELL LLP
                              1700 New York Avenue, N.W., Suite 700

---

[1] MUFG reserves its right to challenge the lack of personal jurisdiction under Fed R. Civ. P. 12(b)(2) and does not waive this right by appearing in this action.  MUFG will promptly bring a motion pursuant to Rule 12(b)(2) to the extent the Court does not first transfer this action to the United States District Court for the Southern District of New York pursuant to the pending Motion to Transfer (ECF No. 34).

1   Washington, D.C. 20006
    Telephone: (202) 956-7500
2   Fax: (202) 293-6330

3   *Counsel for Defendant Mitsubishi UFJ Financial Group, Inc.*