UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LISA McCARTHY, et al.,
    Plaintiff(s),

v.

INTERCONTINENTAL EXCHANGE, INC., et al.,
    Defendant(s).

Case No: 3:20-CV-05832-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, George Patrick Montgomery, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: See Attachment A in the above-entitled action. My local co-counsel in this case is Suzanne Nero, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW<br>Washington, D.C. 20006 | KING & SPALDING LLP<br>50 California Street, Suite 3300<br>San Francisco, CA 94111 |
| My telephone # of record:<br>(202) 626-5444 | Local co-counsel's telephone # of record:<br>(415) 318-1200 |
| My email address of record:<br>pmontgomery@kslaw.com | Local co-counsel's email address of record:<br>snero@kslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1011043.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: Aug. 13, 2021            /s/ George Patrick Montgomery
                       APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of George Patrick Montgomery is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/16/2021

UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER