UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MCCARTHY, et al.,<br>  Plaintiffs,<br><br>v.<br><br>INTERCONTINENTAL EXCHANGE, INC., et al.,<br>  Defendants. | Case No. 3:20-cv-05832-JD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT THE NORINCHUKIN BANK; [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant The Norinchukin Bank, through their designated and authorized counsel, that the above-captioned action be dismissed with prejudice as to Defendant, The Norinchukin Bank, and not with respect to any other Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

Dated: November 18, 2021

**ALIOTO LAW FIRM**

By: /s/ Joseph M. Alioto
Joseph M. Alioto (SBN 42680)
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
jmalioto@aliotolaw.com
*Counsel for Plaintiffs*

Dated: November 18, 2021

**SIDLEY AUSTIN LLP**

By: /s/
Andrew W. Stern (*pro hac vice*)
Tom A. Paskowitz (*pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
astern@sidley.com
tpaskowitz@sidley.com
*Counsel for Defendant*
*The Norinchukin Bank*

*Stipulation of Dismissal with Prejudice of Defendant The Norinchukin Bank;*
*[Proposed] Order*
*Case No.: 3:20-cv-05832-JD*

- 1 -

1  Dated: November 18, 2021

2                                              **SIDLEY AUSTIN LLP**

4                                              By: _____
                                               Jaime A. Bartlett (SBN 251825)
5                                              555 California Street
                                               Suite 2000
6                                              San Francisco, California 94104
                                               Telephone: (415) 772-1200
7                                              jbartlett@sidley.com
                                               *Counsel for Defendant*
8                                              *The Norinchukin Bank*

12                          **[~~PROPOSED~~] ORDER**

13  Good cause appearing, Defendant The Norinchukin Bank is dismissed with prejudice
14  from the above-captioned action.

15  **IT IS SO ORDERED.**

16  Dated: November 29, 2021

19                                              _____
20                                              The Honorable James Donato
                                                UNITED STATES DISTRICT COURT JUDGE

*Stipulation of Dismissal with Prejudice of Defendant The Norinchukin Bank;*
*[Proposed] Order*
*Case No.: 3:20-cv-05832-JD*

- 2 -