1

ALIOTO LAW FIRM
Joseph M. Alioto (SBN 42680)
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
*Counsel for Plaintiffs*

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

| | |
|---|---|
| LISA MCCARTHY, *et al.*,<br>                    Plaintiffs,<br><br>                    v.<br><br>INTERCONTINENTAL EXCHANGE, INC., *et al.*,<br>                    Defendants. | Case No. 3:20-cv-05832-JD<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANTS RBC CAPITAL MARKETS, LLC and ROYAL BANK OF CANADA** |

12

13

14

15

16

17

    PLEASE TAKE NOTICE, that the above-captioned action is dismissed with prejudice as to Defendants RBC Capital Markets, LLC and Royal Bank of Canada, and not with respect to any other Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Because this notice of dismissal is being filed with the Court before either of the Defendants has answered or moved for summary judgment, Plaintiffs' dismissal is effective upon the filing of this notice.  Each party is to bear their own costs and attorneys' fees.

18

19

20

21

22

23

Respectfully submitted,

24

Dated:  February     , 2022

25

**ALIOTO LAW FIRM**

26

By:

27

Joseph M. Alioto (SBN 42680)
*Counsel for Plaintiffs*

28

*Notice of Dismissal with Prejudice of Defendants RBC Capital Markets, LLC and Royal Bank of Canada; Case No.: 3:20-cv-05832-JD*

- 1-