Joseph M. Alioto (SBN 42680)
Tatiana Wallace (SBN 233939)
Angelina Alioto-Grace (SBN 206899)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email: *jmalioto@aliotolaw.com*

[ADDITIONAL COUNSEL LISTED ON LAST PAGE]

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MCCARTHY, *et al.*,<br>　　　　　　　Plaintiffs,<br>v.<br>INTERCONTINENTAL EXCHANGE, INC., *et al.*,<br>　　　　　　　Defendants. | Case No. 3:20-cv-05832-JD<br><br>**PLAINTIFFS' OBJECTION TO THE ORDER OF THE COURT OF JANUARY 18, 2023, VACATING THE HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND DEMAND FOR ORAL ARGUMENT** |

Plaintiffs, by and through the undersigned counsel, respectfully submit this Objection to the Order of the Court of January 18, 2023 (ECF No. 389) ("Order") pursuant to Rule 46 of the Federal Rules of Civil Procedure on the grounds that the Order is contrary to the requirements of Rule 12(i), the Due Process Clause of the Fifth Amendment to the Constitution, and the decisions by the Supreme Court of the United States.

On January 18, 2023, the Court vacated the hearing on the Defendants' Motions to Dismiss and held as follows:

> "The motions to dismiss, Dkt. Nos. 372, 375, are suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b). The hearing that was set for January 26, 2023 is vacated." (ECF No. 389).

In the opinion of the Plaintiffs, the Order is contrary to Rule 12(i), the Due Process Clause of the Fifth Amendment to the Constitution, and the decisions by the Supreme Court of the United States.

Rule 12 provides, in pertinent part, as follows:
> (i)   **Hearing Before Trial.**   If a party so moves, any defenses listed in Rule 12(b)(1)-(7) – whether made in a pleading or by motion – and a motion under Rule 12(c) <u>must be heard</u> and decided before trial unless the court orders a deferral until trial.

*Fed. R. Civ. P.* 12(i) (emphasis added).

Rule 12 requires and guarantees Plaintiffs a hearing on the Defendants' potentially dispositive motions.

The Fifth Amendment provides, in pertinent part, as follows:
> No person shall be […] deprived of life, liberty, or property, without due process of law…"

The Supreme Court interpreted the Due Process Clause. In *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306 (1950), the Court stated as follows:
> "Many controversies have raged about the cryptic and abstract words of the Due Process Clause, but there can be no doubt that, at a minimum, they require that deprivation of life, liberty or property by adjudication be preceded by notice and opportunity for hearing appropriate to the nature of the case." *Id*. at 31.

The Supreme Court has reaffirmed this principal time and time again. In *Wolff v. McDonnell*, 418 U.S. 539 (1974), the Court stated:

> "The Court has <u>consistently held</u> that some kind of hearing is required at some time before a person is finally deprived of his property...." *Id*. at 557 (emphasis added).

In the opinion of the Plaintiffs, the Court erred in vacating the hearing on these motions without giving Plaintiffs an opportunity to "be heard." Plaintiffs respectfully submit that no dispositive motion may be submitted until after oral argument has been completed, just as is traditionally done in jury trials, arguments before the Court of Appeals and arguments before the Supreme Court. Due process demands nothing less.

The Defendants' Motions to Dismiss, if successful, extinguish Plaintiffs' claims. Consequently, Plaintiffs are entitled to an oral argument and a hearing on these dispositive motions, as mandated by the Fifth Amendment that no one shall be "deprived of life, liberty or property without due process of law."

Plaintiffs respectfully assert that the right to "be heard" is not satisfied by the writing alone. In this case, Plaintiffs paid more by reason of the Defendants' violations than they would have in a competitive market. The money they lost is "property." *Reiter v. Sonotone Corp.*, 442 U.S. 330 (1979).

To "be heard" is defined by the Oxford online dictionary as follows: (1) to "perceive or become aware of by ear"; (2) to "gain knowledge by hearing"; (3)" directed or perceived by a sense of hearing."

Indeed, under very similar circumstances, the Honorable Edward J. Davila of the United States District Court for the Northern District of California vacated the "Clerk's Notice taking Defendants' motion to dismiss under submission without oral argument. ECF No. 46." *Arcell, et al., v. Google LLC, et al.,* Case No. 5:22-cv-02499-EJD, ECF No. 54. The Court set an oral argument giving Plaintiffs an opportunity to "be heard" and held that "[t]he motion to dismiss shall not be considered submitted until oral arguments on the motion have concluded." *Id*.

Thus, Plaintiffs respectfully submit that the Court should and must order a hearing and oral argument with regard to the Defendants' Motions to Dismiss (ECF Nos. 372, 374, 375).

Dated: January 23, 2023,   respectfully submitted:

**ALIOTO LAW FIRM**

By:   */s/ Joseph M. Alioto*
Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN #233939)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:   (415) 434-9200
E-mail:  jmalioto@aliotolaw.com
          tatianavwallace@gmail.com

**PLAINTIFFS' COUNSEL**

| | |
|---|---|
| Joseph M. Alioto (SBN 42680)<br>Tatiana Wallace (SBN 233939)<br>Angelina Alioto-Grace (SBN 206899)<br>ALIOTO LAW FIRM<br>One Sansome Street, 35th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 434-8900<br>Facsimile: (415) 434-9200<br>Email: jmalioto@aliotolaw.com | Lawrence G. Papale (SBN 67068)<br>LAW OFFICES OF LAWRENCE G. PAPALE<br>The Cornerstone Building<br>1308 Main Street, Suite 117<br>St. Helena, CA 94574<br>Telephone: (707) 963-1704<br>Facsimile: (707) 963-0706<br>Email: lgpapale@papalelaw.com |
| Christopher A Nedeau (SBN 81297)<br>NEDEAU LAW PC<br>750 Battery Street, 7th Floor<br>San Francisco, CA 94111<br>Telephone: 415-516-4010<br>Email: cnedeau@nedeaulaw.net | Theresa D. Moore (SBN 99978)<br>Law Offices of Theresa D. Moore, PC<br>One Sansome Street, 35th Floor<br>San Francisco, CA 94104<br>Phone: (415) 613-1414<br>Email: tmoore@aliotolaw.com |
| Josephine Alioto (SBN 282989)<br>The Veen Firm<br>20 Haight Street<br>San Francisco CA 94102<br>Telephone: (415) 673-4800<br>Email: j.alioto@veenfirm.com | |